IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CEASAR J. BOWMAN, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-67 (MTT) |
| Commissioner BRIAN OWENS, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Order and Recommendation of Magistrate Judge Stephen Hyles. (Doc. 5). The Magistrate Judge recommends denying the Plaintiff's motion for preliminary injunction (Doc. 2) because the Plaintiff seeks relief only available pursuant to 28 U.S.C. § 2241, but he purports to bring his claims pursuant to 42 U.S.C. § 1983. The Plaintiff was also ordered to recast his complaint and has now filed a recast complaint. (Doc. 7). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion for preliminary injunction (Doc. 2) is **DENIED**.

**SO ORDERED**, this 13th day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT