FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CEASAR J. BOWMAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-67 (MTT) |
| **Commissioner BRIAN OWENS, et al.,** | ) |
| **Defendants.** | ) |

# ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 12). After screening the Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a), the Magistrate Judge recommends allowing certain claims against Defendants Darisol, Warren, Winters, Owens, Reed, Crickmar, and Jacobs to go forward but recommends dismissing all other claims and defendants for failure to state a claim. Further, the Magistrate Judge recommends denying the Plaintiff's motion for a temporary restraining order. (Doc. 9). The Plaintiff has objected to the Recommendation. (Doc. 16). The Court has reviewed the objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claims specified in the Recommendation against Defendants Darisol, Warren, Winters, Owens, Reed, Crickmar, and Jacobs will be

allowed to go forward.  All other claims and Defendants are **DISMISSED without prejudice**.  The Plaintiff's motion for a temporary restraining order (Doc. 9) is **DENIED**.

**SO ORDERED,** this 4th day of June, 2015.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL
UNITED STATES DISTRICT COURT